AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Wheeler R. Cleland | Docket or Case No.: 6:22-cv-106-GKS-DCI |
|---|---|

| Place of Confinement: 216 S.E. Correctional Way, Columbia Correctional Insitutional | Prisoner No.: C-089370 |
|---|---|

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

v.

Cleland R. Wheeler    State of Florida

The Attorney General of the State of: Mrs Moody

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   215 N. Ridewood Ave
   Daytona Beach, Florida
   32114

   (b) Criminal docket or case number (if you know): 1999-036230 CFAES

2. (a) Date of the judgment of conviction (if you know): Nov 1, 2001 - 2nd Degree Murder

   (b) Date of sentencing: Nov 1, 2001

3. Length of sentence: 1 Natural Life Sentence

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   1. 2nd Degree Murder

6. (a) What was your plea? (Check one)
   - ☐ (1) Not guilty
   - ☐ (2) Guilty
   - ☑ (3) Nolo contendere (no contest)
   - ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? pleand To Plend Plea Deal without Trial.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: 215. North Ridgewood Ave. Volusia County Court House.

(b) Docket or case number (if you know): 1999-036230-CFAeS

(c) Result: No-Contest

(d) Date of result (if you know): None

(e) Citation to the case (if you know): 

(f) Grounds raised: Related By Marriage AND Sentence By My Uncle Who Married My 1ST Consin, Janice Brow Hutcheson. R. Michael Hutcheson, 7th Circuit Court Judgeo. of Daytona Beach, Florida. 32114, Who Sentence Me To 1 Natual Life Sentence. I Am paranoid psoFrankic By Law, Judged Throws Away All Mental Records of Act Incorperated of Daytona Beach, Florida.

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Name of court: Orlando Federal Court

(2) Docket or case number (if you know): No

(3) Result: NotGuilty of

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _Nov 1, 2021_

    (5) Citation to the case (if you know): _Hapeas Corpus of 82254 D_

    (6) Grounds raised: _Related By Married + Sentence By My Uncle R. Michael Hutcheson; 7th Circuit Court Judged._

  (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know): ___

    (2) Result: ___

    (3) Date of result (if you know): ___

    (4) Citation to the case (if you know): ___

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _215 N. Ridgewood Ave. Daytona Beach, Florida 32114 Volusia County Court House_

    (2) Docket or case number (if you know): _Still in Court House, 3,800 B_

    (3) Date of filing (if you know): _Oct 15, 2000_

    (4) Nature of the proceeding: _Related To Circuit Court Judged._

    (5) Grounds raised: _Related To Circuit Court Judged. Judge, Through Away - All Mental and pchy Records of 1220 Willis Ave, Act Incorprated (Ms. Loise Higgobotham) Daytona Beach, Florida, CASE Manager) 32114 of Act Incorporated._

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     ☐ Yes ☑ No

    (7) Result: ___

AO 241 (Rev. 09/17)

   (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☑ No

   (7) Result: _____

   (8) Date of result (if you know): _____

  (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:   ☐ Yes   ☒ No

    (2) Second petition:   ☐ Yes   ☒ No

    (3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Being Sentence of Reluted By Marriage To 7th Circuit Court Judge of Daytona Beach, Florida 32114 7th R. Michael Hutheson.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judged: Through Away Mental ~~[scribbled]~~ Records, in Court Records.

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: I Did. Denied By Orlando Judged, Federal Judged.

_____

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☑ Yes  ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 3.850 — Time BArred.

Name and location of the court where the motion or petition was filed: 214-or 215 South Ridgewood Ave.

Docket or case number (if you know): 1999-036230-CFAeS

Date of the court's decision: Nov 8, 2021

Result (attach a copy of the court's opinion or order, if available): Time Barred.

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
    (4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ~~No~~
    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ~~No~~
    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 5th D.C.A Daytona Beach Florida, 32114

Docket or case number (if you know): 1999-036230-CFAeS

Date of the court's decision: Nov 5, 2001

Result (attach a copy of the court's opinion or order, if available): Denied:

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

38, 3.850 Motions ~~No~~ yes Time BArreD DiD Not Know STate LAW - or Consitutiowal LAW.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** _14 AMENDMENT, Consitutional State Law._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My Uncle Who is A 7th Circuit Court Judged IN Daytona Beach, Florida, Who Sentense Me Two / Natural Life For 2nd Degree Murder, 7th R. Michael Hutcheson = 7th Circuit Court Judged. I Am paranoid Psclofrantic By Law, I Take 25 M. Grams of Thornazine. To Balance off My Brain Stem.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** RELATED By MARRiegeD & SENTence By UNcle WHo is 7th Circuit Court Judged OF DAyTona Beach, FLA. R. MichAel Hutcheson 7th circuit court Judged.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Through Away ALL My MenTAL Record, INsiDe CourT Room ON NOv 1, 2001 SENTense, By My uncle. I AM pArANoiD PsoFrANic.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: <u>yes I DiD, DiD not know or understand Consitutional State Law, Because of My Mental Illness, Convicts and Inmates Help Me with All Motions</u>

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

    (4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____

**GROUND FOUR:** I HAVe A 3.800-B iN voLosia County CourT House, Been oN Judgeds Desk For 1 year E Month

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

10 MoNth SENt iN ~~2001~~ 3.800 B, octomber of 2020-
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:
_____
_____
_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?           ☐ Yes   ☒ No
(4) Did you appear from the denial of your motion or petition?       ☐ Yes   ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

Page 12 of 16

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: NO

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Larry Henderson ; Mitch Novac_

(b) At arraignment and plea: _Larry Henderson ; Mitch Novac_

(c) At trial: _____

(d) At sentencing: _Larry Henderson ; Mitch Novac_

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____
(c) Give the length of the other sentence: _____
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Never Filled out 2244D_

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _NEW Trial._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _1-10-2022_ (month, date, year).

Executed (signed) on _1-10-2022_ (date).

_Calvin R. Wheeler 3rd_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.



HON. MICHELLE T. MORLEY
CHAIR

GREGORY W. COLEMAN
VICE - CHAIR

STATE OF FLORIDA
JUDICIAL QUALIFICATIONS COMMISSION
POST OFFICE BOX 14106
TALLAHASSEE, FLORIDA 32317
(850) 488-1581

BLAN L. TEAGLE
EXECUTIVE DIRECTOR

ALEXANDER J. WILLIAMS
GENERAL COUNSEL

June 8, 2021

Cleland R. Wheeler
DC# C-089370 Bed q1157 S
Columbia Correctional Inst. Annex
216 S.E. Corrections Way
Lake City, Fl 32025

Re:   Docket No. 21-272; Hutcheson

Dear Mr. Wheeler:

The Investigative Panel of the Commission has completed its review of your complaint in the above matter and has determined, at its most recent meeting, that the concerns you have expressed are not allegations involving a breach of the Code of Judicial Conduct warranting further action by the Commission but are matters for review through the normal court process.

The purpose of the Commission is to determine the existence of judicial misconduct and disability as defined by the Constitution and the laws of the State of Florida. If such misconduct or disability is found, the Commission can recommend disciplinary action to the Florida Supreme Court. The Commission has found no basis for further action on your complaint that therefore has been dismissed.

Sincerely yours,

Blan L. Teagle, J.D.
Executive Director

BLT/mc

*Inquiries by the Commission are confidential pursuant to Art. V, Sec 12(a)(4) of the Florida Constitution and Rule 2.420, Florida Rules of Judicial Administration.*



**LAURA E. ROTH**
CLERK OF THE CIRCUIT COURT

SEVENTH JUDICIAL CIRCUIT - VOLUSIA COUNTY
P.O. BOX 6043 DELAND, FLORIDA 32721-6043 - WWW.CLERK.ORG

PLEASE REPLY TO:

Date: December 13, 2021

COLUMBIA CORRECTIONAL INSTITUTION ANNEX
ATTN: CLELAND R WHEELER
216 SE CORRECTIONS WAY
LAKE CITY, FL 32025

Re:   Name:   WHEELER, CLELAND RALPH
      Case No.: 1999 036230 CFAES

Dear Sir/Madam:

The Clerk's Office has received your request. Please refer to the items checked below for any further information concerning your request.

☒ In response to your inquiry, the Judge has not responded to this matter. After the court reviews it, copies of any order entered will then be distributed accordingly.

☐ The document(s) you requested is not available through our office.

☐ We cannot assist you with your inquiry. You may wish to seek information regarding this matter from another agency or legal counsel.

☐ Request for transcripts should be sent to:

   ☐ Volusia Reporting Company            ☐ Digital Reporting Department
     432 South Beach Street                 Volusia County Justice Center
     Daytona Beach, FL 32114                251 N. Ridgewood Avenue, Room 147
                                            Daytona Beach, FL 32114

☐ We are unable to process your request until we have more detailed information. Please furnish the following:
   ☐ Case number(s)  ☐ Charges(s)  ☐ Date(s) of arrest  ☐ Date of birth

☒ Other: We have received your inquiry in regards to your Motion for Correction of Illegal Sentence, Incorrect Sentencing Scoresheet on 04/05/2021. As of 12/13/2021 the judge has not reponded to this matter.

The Clerk is authorized to make many public court document images available for online viewing. You may access this information by going to the Clerk's website at www.clerk.org and click "Search Now" under "Search Public Records Online."

Sincerely,

**LAURA E. ROTH**
CLERK OF THE CIRCUIT COURT

By: _/s/ M Gardner_
Sherry Gardner
Deputy Clerk

C: Court File

CL-0030-1701

IN THE CIRCUIT COURT OF THE __7th__ JUDICIAL CIRCUIT,
IN AND FOR __Volusia__ COUNTY, FLORIDA

STATE OF FLORIDA,
    Respondent,

v.

Case No. __1999 036230 CFAES__

__Cleland R. Wheeler__,
    Defendant.
_____/

## NOTICE OF INQUIRY

COMES NOW, __Cleland R. Wheeler__, Defendant, *Pro se*, and requests that the Clerk of this Honorable Court inform him of the status of his pending __Case - 3.800 B_____,
which was filed with this Court on the __14__ day of __August__, 20__21__. Defendant specifically requests to be advised of all actions taken and orders rendered in the above action.

Dated this __7__ day of __December__, 20__21__.

                                                    Cleland R. Wheeler
                                                  Cleland R. Wheeler, DC # 089376
                                                  Defendant, pro se
                                                  Columbia Correctional Institution Annex
                                                  216 SE Corrections Way
                                                  Lake City, FL 32025

*Legal Mail Provided to Columbia Correctional Institution on 12/8/21 (date) for mailing. Staff Initial / I/M Initial CRW*

*FILED 2021 DEC 13 AM 8:24 CLERK OF CIRCUIT & CTY COURT VOLUSIA CTY, FL CC 20*

copy to searches